**UNITED STATES of America,**
**Plaintiff-Appellee,**

v.

**Alan Kenneth THOMPSON, Jr.,**
**Defendant-Appellant.**

No. 16-13605
Non-Argument Calendar

United States Court of Appeals,
Eleventh Circuit.

Filed December 28, 2016

Linda Julin McNamara, Arthur Lee Bentley, III, U.S. Attorney's Office, Tampa, FL, Robert Edward Bodnar, Jr., U.S. Attorney's Office, Orlando, FL, for Plaintiff-Appellee

Mark Rosenblum, Federal Public Defender's Office, MDFL Ocala Division, Ocala, FL, Rosemary Cakmis, Donna Lee Elm, Federal Public Defender's Office, Orlando, FL, Alan Kenneth Thompson, Jr., Butner, NC, for Defendant-Appellant

Before HULL, WILSON and WILLIAM PRYOR, Circuit Judges.

PER CURIAM:

Adeel Bashir, appointed counsel for Alan Kenneth Thompson, Jr., in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, Thompson's *pro se* motions are **DENIED**, and Thompson's conviction and sentence are **AFFIRMED**.